1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK M. SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>FRESNO COUNTY JAIL,<br><br>    Defendant. | 1:24-cv-00672-EPG (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 7).<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE FRESNO COUNTY SHERIFF |

   Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a). Accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Fresno County Sheriff is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

   In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

   1.  Plaintiff's application to proceed *in forma pauperis* (ECF No. 7) is GRANTED.

   **2.  The Fresno County Sheriff or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the**

1

1  **preceding month's income credited to the prisoner's trust account and shall forward**

2  **those payments to the Clerk of the Court each time the amount in the account**

3  **exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has**

4  **been collected and forwarded to the Clerk of the Court. The payments shall be**

5  **clearly identified by the name and number assigned to this action.**

6      3.   The Clerk of the Court is directed to serve a copy of this order and a copy of

7  Plaintiff's *in forma pauperis* application on the Fresno County Sheriff located at 2200

8  Fresno St., Fresno, CA 93721.

9      4.   The Clerk of the Court is directed to serve a copy of this order on the Financial

10  Department, U.S. District Court, Eastern District of California, Sacramento Division.

11     5.   Within sixty (60) days of the date of service of this order, Plaintiff shall submit a

12  certified copy of his prison trust account statement for the six-month period immediately

13  preceding the filing of the complaint, if Plaintiff has not already done so.

14  IT IS SO ORDERED.

15  Dated:   __June 24, 2024__                    /s/ *Erica P. Grosjean*

16                                               UNITED STATES MAGISTRATE JUDGE

2